*Plaintiff(s) Counsel:*
Robert T. Dassow, Esq.
Hovde Dassow & Deets LLC
Meridian Tower
201 W. 103rd Street, Suite 500
Indianapolis, Indiana 46290
(T) 317-818-3100
(F) 317-818-3111

-and-

Jeffrey J. Lowe, Esq.
Jeffrey J. Lowe, P.C.
8235 Forsyth, Suite 1100
St. Louis Missouri 63105
(T) 314-678-3400
(F) 314-678-3401

-and-

Joseph P. Danis, Esq.
Carey & Danis, LLC
8234 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105
(T) 314-725-7700
(F) 314-721-0905

-and-

Charles Lampin, Esq.
Kell Lampin LLC
4700 Mexican Road
St. Peters, Missouri 63376
(T) 636-498-4000
(F) 636-757-0198

-and-

Evan Buxner, Esq.
Walther Glenn Law Offices
10 S. Brentwood Blvd., Suite 102
St. Louis, Missouri 63117
(T) 314-725-9595
(F) 314-725-9597

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

|  | ) | Case Specific No: 07-CV-5283 |
|---|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) | **MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| | ) | |
| PAT LANZA, et al., | ) ) | |
| Plaintiff(s), | ) ) | **STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |
| v. | ) ) | |
| PFIZER INC., ET AL., | ) ) | |
| Defendants. | ) | |

Come now the Plaintiffs, **MARILYN CAGE** and **ERIK BLOMENBERG**, and

Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

Procedure, Rule 41(a), and hereby stipulate to the dismissal of only the actions brought

by the above referenced Plaintiffs, with prejudice with each side bearing its own

attorneys' fees and costs.

DATED: March 16 , 2009          By:          _____

Robert T. Dassow, Esq.
Hovde Dassow & Deets LLC
Meridian Tower
201 W. 103rd Street, Suite 500
Indianapolis, Indiana 46290
(T) 317-818-3100
(F) 317-818-3111

-and-

Jeffrey J. Lowe, Esq.
Jeffrey J. Lowe, P.C.
8235 Forsyth, Suite 1100
St. Louis Missouri 63105
(T) 314-678-3400
(F) 314-678-3401

-and-

Joseph P. Danis, Esq.
Carey & Danis, LLC
8234 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105
(T) 314-725-7700
(F) 314-721-0905

-and-

Charles Lampin, Esq.
Kell Lampin LLC
4700 Mexican Road
St. Peters, Missouri 63376
(T) 636-498-4000
(F) 636-757-0198

-and-

Evan Buxner, Esq.
Walther Glenn Law Offices
10 S. Brentwood Blvd., Suite 102
St. Louis, Missouri 63117
(T) 314-725-9595
(F) 314-725-9597

*Counsel for Plaintiff(s).*

DATED: _____April 15___ , 2009    By: _____

Michelle Sadowsky, Esq.
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
(T) 212-335-4625
(F) 212-884-8675

*Defendants' Liaison Counsel.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

Dated: April 23, 2009    _____

Hon. Charles R. Breyer
United States District Court



IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA