1  John J. Carey
   **CAREY & DANIS, LLC**
2  8235 Forsyth Blvd., Suite 1100
   St. Louis, Missouri 63105
3  Telephone: 314.725.7700
   Facsimile: 314.721.0905
4
   Attorneys for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | IN RE: BEXTRA AND CELEBREX            | **MDL NO. 1699** |
   | MARKETING SALES PRACTICES AND         | District Judge: Charles R. Breyer |
13 | PRODUCT LIABILITY LITIGATION          | |

14 | Louis Pat Lanza, et al.,              | Case No. : 07-5283 CRB |
15 |                                       | |
16 | vs.             Plaintiffs,           | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
17 | Pfizer Inc, et al.,                   | |
18 |                 Defendants.           | |

   Come now the Plaintiff Margareta Ladotchi and Defendants in the above-entitled action, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

   DATED: Mar 3, 2010      By: _____

                                CAREY & DANIS, LLC
                                8235 Forsyth Blvd., Suite 1100
                                St. Louis, Missouri 63105
                                Telephone: 314.725.7700
                                Facsimile: 314.721.0905

                                *Attorneys for Plaintiffs*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: April 1, 2010     By: /s/ [signature]

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: APR 1 3 2010

Hon. Charles R. Breyer
United States District Court

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE